IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. A. HOLCOMB, | 1:06-CV-00741-OWW-WMW-P |
|     Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATION OF |
| v. | SEPTEMBER 6, 2006<br>[Doc. 7] |
| MTA AMAYA, et al., | |
|     Defendants. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br>[Docs. 2, 11] |

    Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 6, 2006, Magistrate William M. Wunderlich submitted findings and a recommendation to United States District Judge Oliver W. Wanger to dismiss plaintiff's case for failure to comply with the court's order of July 14, 2006, which ordered plaintiff to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, or in the alternative, to pay the $350.00 filing fee.  On September 14, 2006, plaintiff filed objections to the findings and recommendation and submitted a new motion to proceed in forma pauperis and a certified copy of his trust account statement.   Due to plaintiff's compliance

with the order of July 14, 2006, and good cause appearing, the findings and recommendation shall be vacated.  In addition, because plaintiff has submitted a declaration that makes the showing required by § 1915(a), the application to proceed in forma pauperis shall be granted.

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1]  Plaintiff has been without funds for six months and is currently without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to plaintiff's prison trust account.  These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendation of September 6, 2006, are VACATED;

2. Plaintiff's application to proceed in forma pauperis is GRANTED; and

3. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

IT IS SO ORDERED.

**Dated:   October 16, 2006**              /s/  William M. Wunderlich
j14hj0                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00.  See 28 U.S.C. § 1914(a).