IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. HOLCOMB,

    Plaintiff,　　　　　　　　　　　CV F 06 0741 OWW WMW   P

vs.　　　　　　　　　　　　　　　　ORDER

MTA AMAYA, et al.,

    Defendants.

    On September 6, 2006, findings and recommendations were entered, recommending that this action be dismissed for Plaintiff's failure to obey a court order. Specifically, the court recommended dismissal based on Plaintiff's failure to submit an application to proceed in forma pauperis. On September 14, 2006, Plaintiff filed objections to the findings and recommendations. Attached to his objections is a completed application to proceed in forma pauperis.

    Accordingly, IT IS HEREBY ORDERED that the September 14, 2006, recommendation of dismissal is vacated.

IT IS SO ORDERED.

1

1. **Dated:  October 16, 2006**                            **/s/  William M. Wunderlich**
   mmkd34                                                  UNITED STATES MAGISTRATE JUDGE
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.