IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. HOLCOMB,

      Plaintiff,         CV F 06 0741 OWW WMW PC

  vs.                      FINDINGS AND RECOMMENDATION
                              RE MOTION FOR TEMPORARY
                              RESTRAINING ORDER  (DOC 21)

MTA AMAYA, et al.,

      Defendants.

      Plaintiff is a former state prisoner proceeding pro se in a civil rights action.  Plaintiff, formerly incarcerated at Corcoran State Prison, brings this action challenging his medical care while housed at Corcoran.

      Plaintiff seeks an order from the Court directing defendants to continue Plaintiff on the medication that was discontinued, and to schedule surgery for his back.  Plaintiff is no longer incarcerated, and is no longer subject to the custody and control of officials at CSP Corcoran. When an inmate seeks injunctive or declaratory relief concerning the prison where he is incarcerated, his claims for such relief become moot when he is no longer subjected to those conditions.  See Weinstein v. Bradford, 423 U.S. 147 (1975); Enrico's, Inc. v. Rice, 730 F.2d 1250, 1255 (9th Cir. 1984).  Accordingly, plaintiff's request should be denied as moot.

      Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for a temporary

1

1  restraining order be denied.

2      These findings and recommendations are submitted to the United States District Judge
3  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within ten days
4  after being served with these findings and recommendations, any party may file written
5  objections with the court and serve a copy on all parties.  Such a document should be captioned
6  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
7  within the specified time may waive the right to appeal the District Court's order.  Martinez v.
8  Ylst, 951 F.2d 1153 (9th Cir. 1991).

9  IT IS SO ORDERED.

10 **Dated:   March 11, 2008**        /s/  **William M. Wunderlich**
                                                     UNITED STATES MAGISTRATE JUDGE